ARTHUR W. FRED, as Administrator with the Will Annexed of the Estate of Ruth Fred, Deceased, Plaintiff-Appellee, *v.* PACIFIC INDEMNITY COMPANY, Defendant-Appellant

No. 5088

MARCH 29, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Marumoto, J., having dissented from the majority in the original opinion, does not concur.

*David C. Schutter* for the petition.